# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JOEL DEFFEBAUGH, ET AL.

VERSUS

VALERO REFINING-MERAUX LLC;
VALERO SERVICES INC.; VALERO
PARTNERS LOUISIANA, LLC;
VALERO PARTNERS MERAUX LLC;
TURNER SPECIALTY SERVICES,
L.L.C.; TURNER INDUSTRIES
ENERGY SERVICES, LLC; TURNER
INDUSTRIES GROUP, L.L.C.,
JOHN DOE INSURER, AND ELITE
TURNAROUND SPECIALISTS, LTD.

NO.  2024 CW 0838

SEPTEMBER 19, 2024

---

In Re:    Elite Turnaround Specialists, LTD, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 718626.

---

BEFORE:    THERIOT, CHUTZ, AND HESTER, JJ.

**WRIT DENIED.** The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La. 1981) (per curiam) are not met.

MRT
WRC
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT